IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

SHAINA M. KIRKLAND,

        Plaintiff,                        Case No. 3:19- cv-00312-DCLC-HBG

v.                                          Judge Corker
                                              JURY DEMAND
THE CITY MARYVILLE,

        Defendant.
_____/

## PLAINTIFF'S NOTICE OF FILING EXHIBITS IN SUPPORT OF HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff files the following in Support of her Opposition to Defendant's Motion for Summary Judgment.

1. 9/2/20 Deposition of Officer Shania Kirkland
2. 9/9/20 Deposition of Chief Tony Crisp
3. 9/9/20 Deposition of Captain Sharon Moore
4. 9/9/20 Deposition of Captain David Graves
5. 9/10/20 Deposition of Edward Davis
6. 9/10/20 Deposition of Greg McClain
7. 9/30/20 Deposition of Teresa Best
8. 9/10/20 Deposition of Roger Campbell
9. 10/13/20 Deposition of Leslie Crawford
10. 11/9/20 Deposition of Lesleyanne Weiss
11. 9/29/20 Deposition of James Berrong

1

12. 10/21/20 Declaration of Lesleyanne Weiss

13. Deposition Exhibits: 7, 8, 9, 9-1, 11, 12, 13, 14, 16, 17, 18, 19, 23, 24, 25, 32, 33, 34, 35, 36, 39, 48, 47, 49, 51, 52, 56, 57, 58, 59, 60[1]

14. MSJ Ex. 1, March 28, 2015 Employee Performance/Achievement Expectations

15. MSJ Ex. 2, March 27, 2016 Employee Performance/Achievement Expectations

Respectfully submitted,

*/s Heather Moore Collins*
Heather Moore Collins BPR# 026099
Anne Hunter BPR# 022407
Collins & Hunter PLLC
7000 Executive Center Drive, Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@collinshunter.com
anne@collinshunter.com

*Attorneys for Plaintiff*

---

[1] Plaintiff maintained sequential exhibits throughout the depositions and referred back to those taken by Defendant in subsequent depositions.

## CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of January 2021, a copy of the foregoing has been furnished via the Court's electronic filing system, or other appropriate means, to: Reid Spaulding, Courtney Read, Watson, Roach, Batson & Lauderback PLC, P.O. Box 131, Knoxville, TN 37901-0131.

/s/ *Heather Moore Collins*