IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

SHAINA M. KIRKLAND,

        Plaintiff,                      Case No. 3:19- cv-00312-DCLC-HBG

v.                                            Judge Corker
                                             JURY DEMAND
THE CITY MARYVILLE,

        Defendant.
_____/

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff, Shania Kirkland, on June 3, 2021, hereby gives notice of her appeal to the United States Court of Appeals for the Sixth Circuit from:

1. Memorandum Opinion and Order on Defendant's Motion for Summary Judgment entered on May 19, 2021 (ECF 107); and

2. Judgment Order entered on May 19, 2021 (ECF 108).

                                                                 Respectfully submitted,

                                                                 */s Heather Moore Collins*
                                                                  Heather Moore Collins BPR# 026099
                                                                 Anne Hunter BPR# 022407
                                                                 Ashley S. Walter BPR #037651
                                                                Collins & Hunter PLLC
                                                                7000 Executive Center Drive, Suite 320
                                                                Brentwood, TN 37027
                                                                615-724-1996
                                                                615-691-7019 FAX
                                                                heather@collinshunter.com
                                                               anne@collinshunter.com
                                                                ashley@collinshunter.com

1

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of June 2021, a copy of the foregoing has been furnished via the Court's electronic filing system, or other appropriate means, to: Reid Spaulding, Courtney Read, Watson, Roach, Batson & Lauderback PLC, P.O. Box 131, Knoxville, TN 37901-0131.

/s/ <u>*Heather Moore Collins*</u>