IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

SHAINA M. KIRKLAND,

        Plaintiff,                       Case No. 3:19- cv-00312-DCLC-HBG

v.                                           Judge Corker
                                            JURY DEMAND
THE CITY MARYVILLE,

        Defendant.
_____/

## PLAINTIFF'S MOTION TO STAY AND HOLD DEFENDANT'S MOTION FOR BILL OF COSTS UNTIL RESOLUTION OF THE APPEAL PENDING WITH THE SIXTH CIRCUIT

NOW COMES Plaintiff Shaina M. Kirkland ("Plaintiff") and moves stay further motion practice at the trial court and to hold to Defendant's bill of costs in abeyance until resolution of the appeal pending with the Sixth Circuit Court of Appeals has been exhausted. (ECF 109-111).

Thus, Plaintiff respectfully requests Defendant's Motion for Bill of Costs be held in abeyance and further motion practice in this case stayed until resolution of the appeal.

                                                Respectfully submitted,

                                                */s Ashley Shoemaker Walter*
                                                Heather Moore Collins BPR # 026099
                                                Anne Bennett Hunter BPR # 022407
                                                Ashley Shoemaker Walter BPR# 037651
                                                Collins & Hunter PLLC
                                                7000 Executive Center Drive, Suite 320
                                                Brentwood, TN 37027
                                                615-724-1996
                                                615-691-7019 FAX
                                                heather@collinshunter.com
                                                anne@collinshunter.com
                                                ashley@collinshunter.com

1

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been served via the Court's CM/ECF system on this the 4th day of June 2021 to counsel of record for Defendant: Reid Spaulding, Courtney Read, Watson, Roach, Batson & Lauderback PLC, P.O. Box 131, Knoxville, TN 37901-0131.

*s/ Ashley Shoemaker Walter*
Ashley Shoemaker Walter